# PATRICK J. JOYCE, ESQ.

Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
658 Ridgewood Road
Maplewood, NJ 07040
(973) 324-9417

July 1, 2020

Judge Richard M. Berman
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The application to withdraw the
motion for compassionate release
[Dck. 103] is granted.

SO ORDERED:
Date: 7/2/2020

Richard M. Berman, U.S.D.J.

**RE:**    **United States of America v. Henry Richards**
         1:17-cr-431-02 (RMB)

Dear Judge Berman,

Henry Richards, through undersigned counsel, respectfully withdraws his letter motion for compassionate release (Dkt. No. 108) submitted to this Court on June 16, 2020. Mr. Richards has reviewed his options regarding COVID-19 and his detention, and he has conferred with counsel regarding the motion before the Court. At this time, Mr. Richards prefers to cooperate with the BOP on any alternative options of confinement during this pandemic. Therefore, Mr. Richards does not want a judicial decision on the motion and respectfully requests that the Court withdraw the motion for compassionate release.

Dated: New York, New York
         July 1, 2020

Respectfully submitted,

/s/_____
Patrick J. Joyce
Attorney for Defendant Henry Richards

CC:   AUSA Michael Longyear (VIA ECF)

- 1 -