UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 17 CR. 431 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| HENRY RICHARDS, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 20, 2023 at 9:30 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 407 447 643#

Dated: June 14, 2023
      New York, NY

                                                  **RICHARD M. BERMAN**
                                                         **U.S.D.J.**