**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :          17 CR. 431 (RMB)
                                         :
      - against -                        :          **ORDER**
                                         :
HENRY RICHARDS,                          :
                Defendant.      :
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for Tuesday, June 20, 2023 at 9:30 A.M. is hereby rescheduled to Wednesday, July 12, 2023 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 662 312 403#

Dated: July 5, 2023
      New York, NY

                                                    *Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                      **U.S.D.J.**