UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Government,　　　:　　17 CR. 431 (RMB)
　　　　　　　　　　　　　　　　　　　　:
　　　　　- against -　　　　　　　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　　:
HENRY RICHARDS,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　　　　:
---------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, September 27, 2023 at 9:00 A.M. is hereby rescheduled to Tuesday, November 14, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

　　Dial-in Number: (646) 453-4442
　　Conference ID: 597 958 256#

Dated: August 23, 2023
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Richard M. Berman_
　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD M. BERMAN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S.D.J.**