UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                                                           :
                      Government,       :         17 CR. 431 (RMB)
                                                                           :
       - against -                                    :         **ORDER**
                                                                           :
HENRY RICHARDS,                                    :
                      Defendant.        :
----------------------------------------------------------------x

       The supervised release hearing previously scheduled for Tuesday, November 14, 2023 at 9:00 A.M. is hereby rescheduled to Tuesday, November 28, 2023 at 9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 597 958 256#

Dated: September 20, 2023
       New York, NY

                                                      */s/ Richard M. Berman*
                                                      **RICHARD M. BERMAN**
                                                             **U.S.D.J.**