**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                          :
                         Government,       :       17 CR. 431 (RMB)
                                                                          :
        - against -                      :       **ORDER**
                                                                          :
HENRY RICHARDS,                                 :
                         Defendant.          :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, February 1, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 544 424 850#

Dated: January 17, 2024
        New York, NY

                                                            _____
                                                             **RICHARD M. BERMAN**
                                                                     **U.S.D.J.**