**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 17 CR. 431 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| HENRY RICHARDS, | : | |
| Defendant. | : | |

-----------------------------------------------------------------x

     The supervised release hearing is scheduled for Monday, March 25, 2024 at 10:00 A.M.

     In the absence of defense objection, the proceeding will be held by video.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

     Dial-in Number: (646) 453-4442
     Conference ID: 218 088 869#

Dated: March 18, 2024
     New York, NY

*Richard M. Berman*

**RICHARD M. BERMAN**
**U.S.D.J.**