**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                    Government,          :         17 CR. 431 (RMB)
                                                  :
        - against -                              :         **ORDER**
                                                  :
HENRY RICHARDS,                                   :
                                                  :
                    Defendant.           :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 27, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 196 007 817#

Dated: June 18, 2024
       New York, NY

                                                        **RICHARD M. BERMAN**
                                                             U.S.D.J.