**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                      Government,        :        17 CR. 431 (RMB)
                                         :
        - against -                    :        **ORDER**
                                         :
HENRY RICHARDS,                          :
                                         :
                      Defendant.        :
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for Thursday, June 27, 2024 at 11:00 A.M. is hereby rescheduled to Thursday, August 1, 2024 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 196 007 817#

Dated: June 26, 2024
       New York, NY

                                                          */s/ Richard M. Berman*
                                                           **RICHARD M. BERMAN**
                                                               **U.S.D.J.**