UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        -against-<br><br>HENRY RICHARDS,<br><br>                           Defendant. | 17-CR-431 (RMB)<br><br>**ORDER** |

The supervised release hearing is scheduled for Wednesday, August 7, 2024, at 9:00 AM.

The proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 196 007 817#

Video Link: hyperlinked here

Mr. Richards' supervision commenced on May 5, 2023 for a period of five years and is scheduled to expire on May 4, 2028. Richards is employed at as a physical therapist aide and "enjoys working with people and enjoys feeling useful."

At the last hearing, Probation reported that Richards continues to attend treatment. Richards has incurred no violations of supervised release. Richards has stated that he is "thankful there's another opportunity and I don't want to waste it."

Date: August 6, 2024
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**