UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                              :
                                                       :
                      Government,        :        17 CR. 431 (RMB)
                                                       :
       - against -                                     :        **ORDER**
                                                       :
HENRY RICHARDS,                                        :
                                                       :
                      Defendant.         :
-----------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, November 6, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 209 144 414#

Dated: October 30, 2024
       New York, NY

                                        *Richard M. Berman*
                                **RICHARD M. BERMAN**
                                       **U.S.D.J.**