UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                    Government,            :     17 CR. 431 (RMB)
                                           :
        - against -                        :     **ORDER**
                                           :
HENRY RICHARDS,                            :
                                           :
                    Defendant.             :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, June 18, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 328 301 189#


Dated: June 11, 2025
       New York, NY

                                                    RICHARD M. BERMAN
                                                    U.S.D.J.