UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                   Government,   :   17 CR. 431 (RMB)
                                          :
     - against -                        :   **ORDER**
                                          :
HENRY RICHARDS,                           :
                                          :
                   Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 14, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 499 105 635#

Dated: August 7, 2025
      New York, NY

                                               RICHARD M. BERMAN
                                                     U.S.D.J.