**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                     Government,      :      17 CR. 431 (RMB)
                                          :
      - against -                    :      **ORDER**
                                          :
HENRY RICHARDS,                           :
                                          :
                     Defendant.       :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 15, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 499 105 635#

Dated: October 8, 2025
       New York, NY

                                              *Richard M. Berman*
                                            **RICHARD M. BERMAN**
                                                    **U.S.D.J.**