UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
                      Government, :    17 CR. 431 (RMB)
:
   - against - :    **ORDER**
:
HENRY RICHARDS, :
:
                      Defendant. :
------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 3, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 678 328 275#

Dated: November 20, 2025
       New York, NY

                                                        **RICHARD M. BERMAN**
                                                         **U.S.D.J.**