**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,        :

                                          :

             Government,       :        17 Cr. 431 (RMB)

                                          :

      - against -            :        **ORDER**

                                          :

HENRY RICHARDS,             :

                                          :

             Defendant.       :

-------------------------------------------------------------x


       The supervised release hearing is scheduled for January 15, 2026 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams

## Join the meeting now

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442

       Conference ID: 485 243 209#

Dated: January 8, 2026
     New York, NY

                                 *Richard M. Berman*

                                **RICHARD M. BERMAN**
                                     **U.S.D.J.**